[No. 6258–5–II.   Division Two.   October 12, 1983.]

*In the Matter of the Marriage of* BEVERLEY A. VOZENILEK, *Appellant, and* Z. JOSEPH VOZENILEK, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 280535, James V. Ramsdell, J., entered October 21, 1980. *Affirmed as modified* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 5446–2–III.   Division Three.   October 13, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LLOYD SEE, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 82–1–00124–7, Clinton J. Merritt, J., entered October 22, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green, J., and Edgerton, J. Pro Tem.

[No. 5261–3–III.   Division Three.   October 13, 1983.]

LAWRENCE HERSOM, ET AL, *Respondents,* v. GARY JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82–2–00923–1, Willard A. Zellmer, J., entered June 7, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff, J., and Edgerton, J. Pro Tem.